# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**PONCY DAWON DAVIS**,

        *Plaintiff*,

v.

        Cause No. 3:25-CV-57-CWR-LGI

**WARD CALHOUN, III**,

        *Defendant*.

## ORDER

This matter is before the Court pursuant to the Report and Recommendation (R&R) of the United States Magistrate Judge, which was entered on May 21, 2025. Docket No. 12. The R&R notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636(b)(1). *Id*.

A copy of the R&R was mailed to Petitioner at his last known address—the Lauderdale County Detention Facility—but was returned as undeliverable. *See* Docket No. 13. Lauderdale County Jail records show that Petitioner is no longer at the facility, and Petitioner has not provided an updated address. "Every attorney and every litigant proceeding without legal counsel has a continuing obligation to notify the clerk of court of address changes." L. U. Civ. R. 11(a); *see also Clark v. Yazoo Cnty.*, No. 5:06-CV-25-DCB-MTP, 2007 WL 3120338, at *1 (S.D. Miss. Sept. 21, 2007).

This Court, finding that there has been no submission of written objections by any party, hereby adopts said R&R as the Order of this Court. Accordingly, this case is dismissed. A separate Final Judgment will issue.

**SO ORDERED**, this the 25th day of July, 2025.

s/ Carlton W. Reeves<br>UNITED STATES DISTRICT JUDGE